# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.<br><br>             Plaintiff,<br>v.<br><br>WILMINGTON TRUST, N.A.<br>             Defendants. | Civil Action No.<br><br>2:19-cv-18713-KM-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

**IT IS** on this Tuesday, August 04, 2020 ordered that the Scheduling Order is hereby supplemented as follows:

1. All parties will ensure that their document responses conform with the guidance provided by the Court and otherwise amend their responses within ten days,

2. Plaintiff will make its production within 7 days. Discovery may not be held hostage,

3. Defendants shall start rolling their production of documents within 7 days,

4. Counsel confer to determine if there continues to be a discovery dispute. If so, counsel shall file a joint dispute letter prior to 9/15/2020.

5. A telephone conference is scheduled with Judge Mannion on 10/27/2020 at 2 PM. The dial-in number is 866-434-5269 and access code is 1874589. Eight days before that date, counsel shall file a joint agenda letter (up to 3 pages) itemizing the issues, if any, to be discussed at the upcoming conference. No court proceedings, including proceedings conducted by audio or video teleconference, may be photographed, recorded, broadcast, or otherwise transmitted without the express permission of the Court.

6. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/4/2020 9:25:34 PM

Original: Clerk of the Court
Hon. Kevin McNulty, U.S.D.J.
cc: All parties
    File