# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.<br><br>        Plaintiff,<br>v.<br><br>WILMINGTON TRUST, N.A.<br><br>        Defendant. | Civil Action No.<br><br>2:19-cv-18713-KM-SCM<br><br>**REVISED SUPPLEMENTAL SCHEDULING ORDER** |

      **IT IS** on this Wednesday, November 04, 2020 ordered that the Supplemental Scheduling Order is hereby revised as follows:

1. As discussed during the 10/27/2020 telephone conference, counsel shall submit full briefing, setting forth relevant case law and arguments on the pending discovery dispute [D.E. 42]. Plaintiff shall file its brief by 11/20/2020. Defendant shall file a responsive brief by 12/4/2020. Plaintiff shall file a reply brief by 12/11/2020.

2. A telephone conference is scheduled with the Judge on 1/26/2021 at 3:30 PM. The dial-in number is 866-434-5269 and access code is 1874589. Eight days before that date, counsel shall file a joint agenda letter (up to 3 pages) itemizing the issues, if any, to be discussed at the upcoming conference.

3. Fact discovery is extended to 3/5/2021. No *discovery* is to be issued or engaged in beyond that date, except upon application and for good cause shown.

4. All affirmative expert reports shall be delivered by 3/5/2021**.** Any such report is to be in the form and content as required **by** Fed.R.Civ.P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by 4/8/2021.

6. All expert discovery, including the completion of depositions, shall be completed by 4/30/2021.

7. No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in his report.

8. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY**

**RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

11/4/2020 5:38:09 PM

Original: Clerk of the Court
Hon. Kevin McNulty, U.S.D.J.
cc: All parties
    File