# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERITAS LIFE INSURANCE CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**WILMINGTON TRUST, N.A.,**<br><br>Defendant. | Case No. 19–cv–18713–KM–ESK<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on January 26, 2021; and the parties having filed a joint status letter on January 21, 2021 (ECF No. 52); and plaintiff having filed an application on November 23, 2020 to compel defendant to respond to plaintiff's document request 12 (Application) (ECF No. 45); and defendant having filed an opposition to the Application on December 18, 2020 (ECF Nos. 48, 49); and plaintiff having filed a reply to defendant's opposition to the Application on December 28, 2020 (ECF No. 50); and for the reasons stated on the record,

**IT IS** on this **26th** day of **January 2021** **ORDERED** that:

1. A telephone status conference is scheduled for **May 11, 2021 at 11:30 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

2. The Application (**ECF No. 45**) is **DENIED**. The parties shall meet and confer to narrow the scope of discovery sought in plaintiff's document request 12 pursuant to the discussion on the record.

3. The period for fact discovery is extended through **July 30, 2021**. All depositions of fact witnesses must be completed by the close of fact discovery. No fact discovery is to be issued or engaged in beyond that date, except for good cause shown.

                                                    */s/ Edward S. Kiel*
                                                    **EDWARD S. KIEL**
                                                    **UNITED STATES MAGISTRATE JUDGE**