# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERITAS LIFE INSURANCE CORP.,** <br><br> Plaintiff, <br><br> v. <br><br> **WILMINGTON TRUST, N.A.,** <br><br> Defendant. | Case No. 19–cv–18713–KM–ESK <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on May 11, 2021; and the parties having filed a joint status letter on May 10, 2021 (ECF No. 59) indicating the parties anticipate raising a discovery dispute with the Court; and for good cause appearing,

**IT IS** on this **11th** day of **May 2021** **ORDERED** that:

1. The parties are directed to the Court's Civil Case Management Order for procedures concerning discovery disputes, motion practice, and requests for extensions and adjournments. The parties are directed to raise any pending discovery dispute through a joint letter filed by **June 25, 2021**.

2. A telephone conference is scheduled for **July 9, 2021 at 9:30 a.m.** to address plaintiff's motion to enforce subpoena served on Life Equity, LLC (ECF No. 56) and any pending discovery disputes between the parties. Plaintiff's counsel is directed to notify Life Equity, LLC of the conference date and dial information. The dial in number is 1-888-684-8852 and the access code is 310-0383#.

                                                               */s/ Edward S. Kiel*
                                                              **EDWARD S. KIEL**
                                                              **UNITED STATES MAGISTRATE JUDGE**