# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Katherine A. Skeele
+1 212-513-3534
Katherine.Skeele@hklaw.com

June 25, 2021

*Via ECF*

Honorable Edward S. Kiel
United States Magistrate Judge for the District of
New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark NJ 07101

Re:   *Ameritas Life Ins. Corp. v. Wilmington Trust, N.A.*, Civil Action No. 2:19-cv-18713
      Joint Letter Requesting Extension of Joint Pre-Motion Letter Deadline

Dear Judge Kiel:

I write to respectfully request a one-week extension of the parties' time to file the joint pre-motion letter regarding Wilmington Trust, N.A.'s proposed motion to compel production by Ameritas Life Ins. Corp. of its claim investigation files. This Court originally ordered a deadline of June 25, 2021. *See* Dkt No. 60. At the request of counsel for Ameritas Life Ins. Corp., we ask that the parties be permitted to file that letter on Friday, July 2, 2021, in advance of the conference set for July 9, 2021. There have been no prior requests for extension of this deadline.

Thank you very much for your consideration of this request.

Sincerely yours,

HOLLAND & KNIGHT LLP

*/s Katherine A. Skeele*
Katherine A. Skeele

Cc: All Counsel of Record, *via* ECF

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach
#85122144_v1