# FisherBroyles

**Robert P. Lesko**
Partner
robert.lesko@fisherbroyles.com
973-714-0340
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
www.FisherBroyles.com

July 23, 2021

# ORDER

VIA ECF

Honorable Edward S. Kiel
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Ameritas Life Ins. Corp. v. Wilmington Trust, N.A., USDCNJ no. 2:19-cv-18713

Dear Judge Kiel:

I write on behalf of Ameritas Life and with the consent of counsel for Wilmington Trust (Katherine Skeele, Esq.) and counsel for Life Equity (Eric Biderman, Esq.) to respectfully request an adjournment of the dates set forth in Your Honor's July 14 Order (DE 64).

Specifically, we request a two-week extension of all deadlines set forth in the order (relating to supplemental letters regarding the Life Equity subpoena dispute and supplemental letters regarding the privilege dispute). As a practical matter, the requested extension would also require an adjournment of the next Zoom conference on August 13.

We are unable to comply with the current deadlines in the order because of an arbitration hearing in another matter proceeding next week, which is scheduled to conclude on Friday, July 30.

We are grateful for the Court's continuing time and consideration and apologize for any inconvenience this request may cause for the Court's scheduling.

Respectfully submitted,

*/s/ Robert P. Lesko*

Robert P. Lesko, Partner
FisherBroyles, LLP

c: Katherine Skeele, Esq. (via ECF)
   Eric Bidermann, Esq. (via ECF)

**The highlighted requests above are GRANTED. The deadline to file the supplemental letters (ECF No. 64) is extended to August 13, 2021. The Zoom conference is rescheduled to September 7, 2021 at 11:00 a.m. The Court will provide credentials for the conference. If outstanding disputes remain between plaintiff and Life Equity, LLC, then counsel for Life Equity, LLC shall appear for the rescheduled Zoom conference. So Ordered.**

         */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.
Date: July 26, 2021**