# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | Civil Action No. 2:19-cv-18713-KM-ESK |
| Plaintiff, | |
| v. | |
| WILMINGTON TRUST, N.A., | |
| Defendant. | |

**TO THE CLERK:**

Kindly enter the appearance of Jill A. Guldin, FisherBroyles LLP, as co-counsel on behalf of Plaintiff, Ameritas Life Insurance Corp. ("Ameritas"), in the above-captioned matter.

FISHER BROYLES, LLP

By: */s/ Jill A. Guldin*
Jill A. Guldin, Esquire
100 Overlook Center, Second Floor
Princeton, NJ  08540
Telephone: (856) 494-0869
Facsimile: (856) 494-1566
Email:  jill.guldin@fisherbroyles.com

*Attorneys for Plaintiff, Ameritas Life Insurance Corp.*

## CERTIFICATE OF SERVICE

I, Jill A. Guldin, do hereby certify that on August 11, 2021, a true and correct copy of the foregoing Entry of Appearance was served on all counsel of record electronically *via* the Court's ECF system when uploaded for filing, or alternatively *via* U.S. Mail, postage prepaid.

BY: */s/ Jill A. Guldin*
Jill A. Guldin, Esquire