# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

August 13, 2021

**Eric Biderman**
Counsel
212.457.5439 DIRECT
212.484.3990 FAX
eric.biderman@arentfox.com

**VIA ECF**

Honorable Edward S. Kiel
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:     <u>Ameritas Life Ins. Corp. v. Wilmington Trust, N.A.</u>, USDCNJ no. 2:19-cv-18713

Dear Judge Kiel:

I am writing to request a two week adjournment of today's deadline per the July 14 Order for a joint report to the Court regarding searches for documents in response to Plaintiff's subpoena. I am currently involved in a civil trial and our client has been on vacation, so we need time to confer further with Mr. Lesko. If granted, the new deadline would fall on Friday, August 27, 2021.

Sincerely,

 */s/*Eric Biderman
Eric Biderman

*Attorney for Life Equity, LLC*