# Arent Fox

Arent Fox LLP / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

August 27, 2021

**Eric Biderman**
Counsel
212.457.5439 DIRECT
212.484.3990 FAX
eric.biderman@arentfox.com

**VIA ECF**

Honorable Edward S. Kiel
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   <u>Ameritas Life Ins. Corp. v. Wilmington Trust, N.A.</u>, USDCNJ no. 2:19-cv-18713

Dear Judge Kiel:

As you are aware, we represent non-party Life Equity, LLC ("Life Equity"). On behalf of Life Equity, we write to request an additional two week adjournment of today's deadline regarding searches for documents in response to Plaintiff Ameritas Life Insurance Corp.'s ("Ameritas") subpoena per Your Honor's July 14, 2021 Order for a joint report to the Court and Your Honor's prior Order of August 16, 202 granting our prior request for a two-week adjournment. During the past two weeks, we have been conferring with our client and counsel for Ameritas regarding additional in response to Ameritas' subpoena. Although the parties have not reached an agreement, we are in the process of conferring with our client to formulate a proposal to Ameritas that we hope will resolve this matter. The additional two weeks requested will afford our client and us the necessary time to formulate the proposal, receive Ameritas' response and see if a resolution can be reached between the parties. We have reached out to counsel for Ameritas and they have consented to this request. As expressed to counsel for Ameritas, if the requested extension is granted, our client will not be seeking any additional extensions absent an agreement with Ameritas that resolves the matter. If the extension is granted, the new deadline would fall on Friday, September 10, 2021.

Sincerely,

 */s/*Eric Biderman
Eric Biderman

*Attorney for Life Equity, LLC*

Smart In Your World

1301 Avenue of the Americas, 42nd Floor / New York, NY 10019-6040 / arentfox.com