# Arent Fox

**Arent Fox LLP** / Attorneys at Law

Boston / Los Angeles / New York / San Francisco / Washington, DC

September 2, 2021

**VIA ECF**

Honorable Edward S. Kiel
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Eric Biderman**
Counsel
212.457.5439 DIRECT
212.484.3990 FAX
eric.biderman@arentfox.com

Re: <u>Ameritas Life Ins. Corp. v. Wilmington Trust, N.A.</u>, USDCNJ no. 2:19-cv-18713

Dear Judge Kiel:

As you are aware, we represent non-party Life Equity, LLC ("Life Equity"). On behalf of Life Equity, I write to request an adjournment, as to Life Equity, of the September 7, 2021 hearing before Your Honor regarding, *inter alia,* the subpoena from plaintiff Ameritas Life Insurance Corp. ("Ameritas") to Life Equity. I am not available on the 7th because I will be observing the Jewish holiday of Rosh Hashanah. I am the only attorney at my firm that is both currently admitted before this Court and can properly represent my client at the hearing. As such, there is not viable alternative for another attorney to appear in my place. Therefore, in light of my absence, I ask that Your Honor adjourn the September 7th hearing to a later date <u>only as to Life Equity</u>. My apologies for late notice of this latter, as I did not realize that the September 7th hearing fell on the same date as Rosh Hashanah until very recently. Thank you in advance for your consideration of this matter.

Sincerely,

*/s/*Eric Biderman
Eric Biderman

*Attorney for Life Equity, LLC*