UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERITAS LIFE INSURANCE CORP.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**WILMINGTON TRUST, N.A.,**<br><br>　　　　Defendant. | Case No. 19–cv–18713–KM–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court on plaintiff's "motion to enforce subpoena directed to Yeeshie Steiner" (ECF No. 70) and plaintiff's "motion to enforce subpoena directed to Michel Goldman" (ECF No. 83) (collectively, the Motions); and Steiner and Goldman (collectively, Deponents) having been served with the Motions through their respective counsel (ECF Nos. 70 p. 1; ECF No. 83 p. 1); and no opposition having been filed as to the Motions;

**IT IS** on this   **16th** day of **December 2021**   **ORDERED** that:

1.　The Motions are **GRANTED in part and DENIED in part**.  The aspect of the Motions wherein plaintiff seeks enforcement of the subpoenas directed to Deponents is GRANTED.  Plaintiff shall confer and coordinate with defendant and counsel for Deponents to schedule Deponents' depositions.  If the parties and Deponents cannot agree on when to conduct Deponents' depositions, the parties and Deponents shall file a joint letter setting forth proposed dates for the depositions.  All other relief requested in the Motions is DENIED.

2.　Plaintiff is directed to serve a copy of this order by regular mail, certified mail, and email (if available) on Deponents and counsel for Deponents by **December 24, 2021**.

3.　The Clerk of the Court is directed to terminate the Motions at **ECF Nos. 70 and 83**.

　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**