UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WILMINGTON TRUST, N.A., as Securities Intermediary,<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-18713-KM-SCM<br><br>**[PROPOSED] SUPPLEMENTAL SCHEDULING ORDER** |

**IT IS**, on this _____, December __, 2021, ordered that the Supplemental Scheduling Order entered on October 27, 2020, is hereby supplemented as follows:

1. Fact discovery is extended to April 30, 2022. No fact discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by May 31, 2022. Any such report is to be in the form, and contain the content, required by Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by July 15, 2022.

4. All expert discovery, including the completion of depositions, shall be completed by August 15, 2022.

5. No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in his report.

6. All dispositive motions must be filed on or before May 31, 2022. The parties agree that any party opposing a dispositive motion shall have 30 days to file an opposition from the time any dispositive motion is filed and the moving party shall have 15 days thereafter to file a reply.

7. The pre-trial conference is set for September _____, 2022, at [   ] pm.

_____
Honorable Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey